IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01138-PAB-KMT

ROBERT SCOTT BERRY,

    Plaintiff,

v.

CITY OF MONTROSE, COLORADO,
MICHAEL L. WATSON, Detective, Montrose Police Department, in his official capacity;
LARRY ABEYTA, Detective, Montrose Police Department, in his official capacity; and
GARY CORAM,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 30] of Judge Philip A. Brimmer entered on March 12, 2014, it is

    **ORDERED** that defendant Gary Coram's FED.R.CIV.P. 12(b)(6) Motion to Dismiss [Docket No. 17] is **GRANTED in PART**.  Plaintiff's third and fourth claims are dismissed without prejudice.  It is

    **FURTHER ORDERED** that the Motion to Dismiss [Docket No. 19] filed by defendants City of Montrose, Michael L. Watson, and Lenny Abeyta is **GRANTED in PART**.  Plaintiff's first claim for relief is dismissed without prejudice.  Plaintiff's second claim for relief is dismissed with prejudice.  It is

**FURTHER ORDERED** that Plaintiff ROBERT SCOTT BERRY recover nothing.  It is

**FURTHER ORDERED** that judgment is hereby entered in favor of defendants CITY OF MONTROSE, MICHAEL L. WATSON, LARRY ABEYTA, and GARY CORAM.  It is

**FURTHER ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

**FURTHER ORDERED** that this case is CLOSED.

Dated at Denver, Colorado this 14th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk